UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**COLLAGE DESIGN &
CONSTRUCTION GROUP, INC.,**

      Plaintiff,

v.                                     Case No: 6:21-cv-1572-ACC-EJK

**RNB CONSTRUCTION, INC. and
RAZVAN PUHA,**

      Defendants.

### ORDER

This cause comes before the Court on Plaintiff's Renewed Motion to Compel Defendants to Appear for Deposition and Respond to Discovery Requests in Aid of Execution and for Sanctions Following Discovery Order (the "Motion"), filed May 16, 2023. (Doc. 40.) Accordingly, the Motion is due to be granted in part.

On April 19, 2023, Plaintiff filed a Motion to Compel (Doc. 38), which the Court granted on April 25, 2023. (Doc. 39.) The Court warned Defendants that "failure to appear for the deposition or to produce the requested documents may result in sanctions." (*Id.*) On April 26, 2023, Plaintiff served Defendants with requests for production and a notice of deposition for May 10, 2023. (Doc. 40-1.) Defendants failed to appear for the deposition and failed to produce the requested documents. (Doc. 40-3.) Plaintiff thereafter filed the instant Motion requesting that the Court find Defendant's noncompliance as contempt of court, compel Defendants to appear at a

deposition, and compel Defendants to produce the documents requested on or before June 15, 2023. (Doc. 40.)

Accordingly, it is hereby **ORDERED** as follows:

1. Defendants are **ORDERED TO SHOW CAUSE** as to why sanctions should not be imposed for failing to comply with the Court's April 25, 2023, Order. (Doc. 39.) The Court will set a Show Cause Hearing for June 14, 2023, at 9:30 AM in Courtroom 4C, U.S. Courthouse, 401 W. Central Boulevard, Orlando, Florida. A separate notice of hearing will issue. **<u>Defendants are cautioned that failure to appear in-person at the hearing will result in the imposition of sanctions without further notice and may result in a recommendation that the Court enter a default against them.</u>**

2. The Motion (Doc. 40) is otherwise **DENIED**, as the Court has already ordered Defendants to sit for a deposition and produce documents, which they failed to do.

**DONE** and **ORDERED** in Orlando, Florida on May 17, 2023.

_____
EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE