UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**COLLAGE DESIGN &
CONSTRUCTION GROUP, INC.,**

      **Plaintiff,**

v.                                         Case No: 6:21-cv-1572-ACC-EJK

**RNB CONSTRUCTION, INC. and
RAZVAN PUHA,**

      **Defendants.**

## REPORT AND RECOMMENDATION

This cause comes before the Court following the July 18, 2023, Show Cause Hearing held before the undersigned. (Doc. 55.) Defendants RNB Construction, Inc., and Razvan Puha were directed to show cause as to why they should not be held in contempt of Court for failure to comply with the Court's orders. (Doc. 43.) Defendants did not appear at the Show Cause Hearing. (Doc. 57.) Upon consideration, the undersigned recommends that Defendants be sanctioned and held in civil contempt.

**I.**      **BACKGROUND**

On October 31, 2022, judgment was entered in favor of Plaintiff Collage Design & Construction Group, Inc. in the amount of $509,808.45. (Doc. 26.) On April 14, 2023, Plaintiff filed a Motion to Compel given that Defendants had not satisfied any portion of the judgment and did not appear for a February 13, 2023, deposition. (Doc. 38.) Plaintiff sought to compel Defendants to appear for a deposition and to respond

to discovery requests related to post-judgment discovery, and they also sought an award of reasonable expenses. (*Id.* at 3.) Defendants did not respond to the Motion to Compel, and the undersigned granted the Motion on April 25, 2023. (Doc. 39.)

Thereafter, on May 16, 2023, Plaintiff filed a Renewed Motion to Compel and for Sanctions due to Defendants' failure to comply with the Court's April 25, 2023, Order. (Doc. 40.) Plaintiff requested that the Court find Defendants to be in contempt of court, and that the Court compel Defendants to appear at a deposition and to produce the requested discovery. (*Id.*) On May 19, 2023, the Court ordered Defendants to show cause as to why sanctions should not be imposed, setting a Show Cause Hearing for June 14, 2023. (Doc. 41.) Defendants were "cautioned that failure to appear in-person at the hearing will result in the impositions of sanctions without further notice." (*Id.* at 2.) Defendants did not appear at the June 14, 2023, Show Cause Hearing. (Doc. 45.)

To provide Defendants with ample opportunity to avoid sanctions, the undersigned issued an additional Order to Show Cause, directing Defendants to appear before the undersigned on July 18, 2023. (Doc. 43.) Defendants were further instructed that "failure to attend this hearing may result in a recommendation that Defendants be held in contempt of court." (*Id.*) Defendants did not appear at the July 18, 2023, Show Cause Hearing. (Doc. 57.)

## II. STANDARD AND DISCUSSION

Where a party fails to obey an order to provide or permit discovery, the court may issue an order of contempt of court. *Diversified Lenders, LLC v. Amazon Logistics, Inc.*, No. 8:17-cv-mc-37-T-36AEP, 2017 WL 10350672, at *2 (M.D. Fla. Dec. 4, 2017) (citing Fed. R. Civ. P. 37(b)(2)(A)(vii)). Courts maintain the inherent power to enforce compliance with their orders through civil contempt. *See Shillitani v. United States*, 384 U.S. 364, 370 (1966) ("There can be no question that the courts have inherent power to enforce compliance with their lawful orders through civil contempt."). Pursuant to 28 U.S.C. § 636(e)(6)(B)(iii), if a magistrate judge finds that certain acts constitute civil contempt, "the magistrate judge shall forthwith certify the facts to a district judge," who may issue an order to show cause upon a party whose behavior is brought into question under Section 636(e)(6)(B). *See also Sream, Inc., v. S&T Tobacco Int., Inc.*, No. 6:18-cv-1733-Orl-37GJK, 2021 WL 8201486, at *1 (M.D. Fla. Jan. 11, 2021) (internal quotations omitted). Accordingly, the undersigned certifies the facts detailed above and recommends that the Court issue an order to show cause to determine whether Defendants should be held in civil contempt.

### III. RECOMMENDATION

Upon consideration of the foregoing, I **RESPECTFULLY RECOMMEND** that the Court:

1. **ISSUE** an order to show cause to Defendants as to whether they should be adjudged in contempt of court by reason of the facts certified above;
2. **HOLD** an evidentiary hearing on the order to show cause; and
3. Determine what additional actions, if any, are warranted.

### NOTICE TO PARTIES

The party has fourteen days from the date the party is served a copy of this report to file written objections to this report's proposed findings and recommendations or to seek an extension of the fourteen-day deadline to file written objections. 28 U.S.C. § 636(b)(1)(C). A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636(b)(1).

Recommended in Orlando, Florida on August 11, 2023.

_____
EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE